LOIS O. ROSENBAUM (State Bar No. 60284)
lorosenbaum@stoel.com
BRAD S. DANIELS (*pro hac vice* pending)
bsdaniels@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 294-9293
Facsimile: (503) 220-2480

SETH D. HILTON (State Bar No. 181899)
sdhilton@stoel.com
STOEL RIVES LLP
555 Montgomery Street, #1288
San Francisco, CA 94111
Telephone: (415) 617-8900
Facsimile: (415) 617-8907

Attorneys for Defendant TD Ameritrade, Inc.

K. Brian Matlock (State Bar No. 243812)
kbrian@matlocklawgroup.com
Ian Lubniewski, (State Bar No. 257867)
ianl@matlocklawgroup.com
MATLOCK LAW GROUP, PC
1485 Treat Blvd., Suite 200
Walnut Creek, CA 94597
Telephone: (925) 944-7131
Facsimile: (925) 944-7138

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VASU D. ARORA,<br><br>  Plaintiff,<br><br>  v.<br><br>TD AMERITRADE, INC.,<br><br>  Defendant. | Case No. CV 10-01216 CW<br><br>STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE; DECLARATION REGARDING SAME; [PROPOSED] ORDER |

Plaintiff Vasu D. Arora and Defendant TD Ameritrade, Inc., by and through their respective counsel of record, hereby submit a stipulated request for continuance of the Case

STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE; DECLARATION REGARDING SAME; [PROPOSED] ORDER

Management Conference presently scheduled for July 13, 2010, at 2:00 p.m., in Courtroom 2 of the above-entitled court, and for relief from the related case management deadlines. The parties respectfully request that the Court continue the Case Management Conference because, as evident from the pleadings and documents on file and as set forth in the accompanying Declaration of Brad S. Daniels, the parties have filed dispositive motions, the outcome of which will resolve whether this action will proceed. It would be a more efficient use of the Court's and parties' resources to determine whether a Case Management Conference is necessary after the Court decides the pending motions, and to continue the related deadlines accordingly. The parties agree that if a Case Management Conference is necessary, it should be continued to a date no earlier than thirty (30) days after the Court's decision on the pending motions, or such other date as may be convenient for the Court.

DATED: July 6, 2010

STOEL RIVES LLP

By: /s/ Lois O. Rosenbaum
Lois O. Rosenbaum
Attorneys for Defendant

DATED: July 2, 2010

MATLOCK LAW GROUP

By: /s/ K. Brian Matlock
K. Brian Matlock
Attorneys for Plaintiff

# DECLARATION OF BRAD S. DANIELS IN SUPPORT OF STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE

I, BRAD S. DANIELS, declare:

1. I am an attorney with Stoel Rives LLP, attorneys of record for Defendant TD Ameritrade, Inc. My motion for leave to appear *pro hace vice* is pending before the Court. I make this declaration on my personal knowledge and am competent to testify to the facts set forth herein.

2. Plaintiff and Defendant were parties to a Financial Industry Regulatory Authority (FINRA) arbitration. After a hearing, a three-member panel of arbitrators issued an arbitration award in December 2009 (the "Award").

3. On March 23, 2010, Plaintiff filed a Motion to Vacate the Award and a Complaint in this Court.

4. On April 16, 2010, the Court issued a Case Management Order setting (1) deadlines related to Plaintiff's Motion to Vacate, (2) a hearing on the Motion to Vacate for June 3, 2010, and (3) a Case Management Conference for July 13, 2010. The hearing was subsequently continued to June 17, 2010.

5. On May 3, 2010, Defendant filed a Response to Plaintiff's Motion to Vacate and a Motion to Dismiss Plaintiff's Amended Complaint on *res judicata* grounds.

6. On May 14, 2010, the Court issued an order vacating the June 17 hearing and taking both motions under submission on the papers. The parties completed briefing related to the motions on June 3, 2010. The Motion to Dismiss and the Motion to Vacate are currently pending before the Court.

7. Although Plaintiff filed a Complaint, this case is not in a typical procedural posture. The outcome of the motions will determine whether the action will proceed.

8. The parties believe that it would be a more efficient use of the Court's and the parties' resources to determine whether a Case Management Conference is necessary after the Court decides the pending motions, and to continue the related deadlines accordingly.

9. This is the parties' first request for a continuance in this action.

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

Dated: July 6, 2010

BRAD S. DANIELS

## [PROPOSED] ORDER

Plaintiff and Defendant have jointly submitted a Stipulated Request for Relief from Case Management Schedule. PURSUANT TO STIPULATION IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for July 13, 2010 is vacated. If necessary, the Court will reschedule the Case Management Conference to a date no earlier than thirty (30) days after the Court's decisions on the pending Motion to Vacate and Motion to Dismiss, or such other date as may be convenient for the Court. All related deadlines—including, but not limited to, the deadline to file a joint case management conference statement—are continued accordingly.

DATED: July 9, 2010

_____
The Honorable Claudia Wilken

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE; DECLARATION OF BRAD S. DANIELS REGARDING SAME; [PROPROSED] ORDER** on the following named person(s) on the date indicated below by

- ☐ mailing with postage prepaid
- ☐ hand delivery
- ☐ facsimile transmission
- ☒ overnight delivery
- ☐ email
- ☒ notice of electronic filing using the Cm/ECF system

to said person(s) a correct copy thereof, contained in a sealed envelope, addressed to said person(s) at his or her last-known address(es) indicated below.

| | |
|---|---|
| Ian Lubniewski (Via Overnight Delivery)<br>Matlock Law Group<br>1485 Treat Boulevard<br>Suite 200<br>Walnut Creek, CA  94597<br>Attorney for Plaintiff<br>Vasu D. Arora | K. Brian Matlock, Esq (via Cm/ECF)<br>Matlock Law Group<br>1485 Treat Boulevard<br>Suite 200<br>Walnut Creek, CA  94597<br>Attorney for Plaintiff<br>Vasu D. Arora |

DATED: July 6, 2010.                    STOEL RIVES LLP

/s/ Lois O. Rosenbaum
Lois O. Rosenbaum, CA No. 60284
Brad S. Daniels, *pro hac vice* pending
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

Attorneys for Defendant TD Ameritrade, Inc.

Page 1   -   CERTIFICATE OF SERVICE

70068029.1 0034033-00004