1  LOIS O. ROSENBAUM (State Bar No. 60284)
   lorosenbaum@stoel.com
2  BRAD S. DANIELS (*pro hac vice* pending)
   bsdaniels@stoel.com
3  STOEL RIVES LLP
   900 SW Fifth Avenue, Suite 2600
4  Portland, OR  97204
   Telephone:  (503) 294-9293
5  Facsimile:  (503) 220-2480

6  SETH D. HILTON (State Bar No. 181899)
   sdhilton@stoel.com
7  STOEL RIVES LLP
   555 Montgomery Street, #1288
8  San Francisco, CA  94111
   Telephone:  (415) 617-8900
9  Facsimile:  (415) 617-8907

10  Attorneys for Defendant TD Ameritrade, Inc.

11  K. Brian Matlock (State Bar No. 243812)
    kbrian@matlocklawgroup.com
12  Ian Lubniewski, (State Bar No. 257867)
    ianl@matlocklawgroup.com
13  MATLOCK LAW GROUP, PC
    1485 Treat Blvd., Suite 200
14  Walnut Creek, CA  94597
    Telephone: (925) 944-7131
15  Facsimile:  (925) 944-7138

16  Attorneys for Plaintiff Vasu D. Arora

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| VASU D. ARORA,<br><br>              Plaintiff,<br><br>     v.<br><br>TD AMERITRADE, INC.,<br><br>              Defendant. | Case No. CV 10-01216 CW<br><br>**STIPULATED AGREEMENT TO FOREGO ADR PROCESS AND REQUEST FOR RELIEF FROM ADR PROCESS AND PHONE CONFERENCE; [PROPOSED] ORDER** |

27  In accordance with the Court Notice filed on June 24, 2010, counsel for Plaintiff

28  Vasu D. Arora and Defendant TD Ameritrade, Inc. conducted an ADR Phone Conference on June

STIPULATED AGREEMENT TO FOREGO ADR
PROCESS AND REQUEST FOR RELIEF FROM ADR        -1-                    CV 10-01216 CW
PHONE CONFERENCE; DECLARATION
REGARDING SAME; [PROPOSED] ORDER

MATLOCK LAW
GROUP, PC
ATTORNEYS AT LAW
WALNUT CREEK, CA

30, 2010 and determined that the parties have no interest in pursuing an ADR process in this matter. Accordingly, the parties, by and through their undersigned counsel, hereby stipulate to forego the ADR Process, request removal of the case from the ADR Multi-Option Program, and request relief from the ADR Phone Conference scheduled by the Court.

DATED: July 6, 2010                    MATLOCK LAW GROUP, PC


By: /s/ K Brian Matlock
K Brian Matlock
Attorneys for Plaintiff


DATED: July 7, 2010                    STOEL RIVES LLP


By: /s/ Lois O. Rosenbaum
Lois O. Rosenbaum
Attorneys for Defendant

MATLOCK LAW GROUP, PC
ATTORNEYS AT LAW
WALNUT CREEK, CA

STIPULATED AGREEMENT TO FOREGO ADR PROCESS AND REQUEST FOR RELIEF FROM ADR PHONE CONFERENCE; DECLARATION REGARDING SAME; [PROPOSED] ORDER       -2-                                   CV 10-01216 CW

1  [PROPOSED] ORDER

2      Plaintiff and Defendant have jointly submitted a Stipulated Request for Relief from the
3  ADR Process and the ADR Phone Conference.
4      PURSUANT TO STIPULATION IT IS HEREBY ORDERED that the ADR Phone
5  Conference conducted by the Court be vacated and that this case is removed from the ADR
6  Multi-Option Program.

8  DATED: July 14, 2010

_____
The Honorable Claudia Wilken

MATLOCK LAW GROUP, PC
ATTORNEYS AT LAW
WALNUT CREEK, CA

STIPULATED AGREEMENT TO FOREGO ADR PROCESS AND REQUEST FOR RELIEF FROM ADR PHONE CONFERENCE; DECLARATION REGARDING SAME; [PROPOSED] ORDER    -3-    CV 10-01216 CW